IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLADIS CALLWOOD, as Administratrix of the Estate of KHARI NEVILLE ILLIDGE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PHENIX CITY, ALABAMA, et al., | ) ) |
| Defendants. | ) |

CASE NO.:  2:15-cv-182-WHA

**<u>DEFENDANTS PHENIX CITY, ALABAMA, JOEY WILLIAMS, DAVID BUTLER, SHAWN SHEELY, AND RAYMOND J. SMITH'S MOTION TO TRANSFER VENUE</u>**

COME NOW the Defendants, City of Phenix City, Joey Williams, David Butler, Shawn Sheely, and Raymond J. Smith, and pursuant to 28 U.S.C. § 1404(a) file this Motion to Transfer Venue and brief in support thereof and says as follows:

1. That this action is due to be transferred to Eastern Division of the United States District Court for the Middle District of Alabama from the Northern Division.

2. That these defendants have properly and timely objected to the plaintiff's assertion that the proper venue is the Northern Division of the Middle District of Alabama.

3. That based upon traditional forum non conveniens analysis and the interest of justice this case is due to be transferred from the Northern Division to the Eastern Division of the Middle District of Alabama.

Respectfully submitted this 29th day of January, 2016.

/s/ Chan Gamble
Chan Gamble  (ASB-4512-G61G)
James R. McKoon, Jr. (ASB-3005-078J)
Post Office Box 3220
Phenix City, Alabama 36868-3220
(334) 297-2300
chan@mckoonandgamble.com
*Attorneys for the Defendants, City of Phenix City, Joey Williams, David Butler, Shawn Sheely, and Raymond J. Smith*

OF COUNSEL:
James P. Graham, Jr. (ASB-6274-A56J)
THE GRAHAM LEGAL FIRM
Post Office Box 3380
Phenix City, AL 36868-3380
(334) 291-0315
jimmy@grahamlegal.org

*Attorney for Defendants, City of Phenix City, Joey Williams, David Butler, Shawn Sheely, and Raymond J. Smith*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing upon the following attorneys by filing this document and its attachments through the Court's CM/ECF electronic filing system or by placing a true copy of same in the United States Mail postage prepaid, and addressed to the attorneys of record as follows:

Samuel Fisher
Sidney Jackson
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, Alabama  35203

J. Randall McNeill
Fred L. Clements
WEBB & ELEY, P.C.
7475 Halcyon Pointe Dr.

2

Post Office Box 240909
Montgomery, Alabama 36124

This 29th day of January, 2016.

*/s/ Chan Gamble*
OF COUNSEL