## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **GLADIS CALLWOOD, as** | ) | |
| **Administratrix of the Estate of** | ) | |
| **KHARI NEVILLE ILLIDGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **PHENIX CITY, ALABAMA, a** | ) | **2:15-CV-182-WHA** |
| **municipal corporation; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S EVIDENTIARY SUBMISSION IN OPPOSITION
## TO ALL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Samuel Fisher

Sidney M. Jackson

**Wiggins, Childs, Pantazis, Fisher**

**& Goldfarb,  LLC**

The Kress Building

301 19th Street North

Birmingham, Alabama 35203

Telephone: (205) 314-0500

Facsimile: (205) 254-1500

sf@wigginschilds.com

sjackson@wigginschilds.com

Peter M. Williamson

*Pro Hac Counsel*

**Williamson Law Firm**

20750 Ventura Blvd., Suite 245

Woodland Hills, CA 91364

Telephone: (818) 226-5700

Facsimile: (818) 226-5704

Email:pmw@pwilliamsonlaw.com

*Attorneys for the Plaintiff*

# INDEX

| Exhibit No. | Description |
| --- | --- |
| 1. | Representing Clients Injury by TASER, International Electronic Control Weapons, *Civil Rights Litigation and Attorney Fees Annual Handbook*, West, 2010 |
| 2. | Alabama Bureau of Forensic Sciences, Autopsy Report of Khari Illidge, March 11, 2014 |
| 3. | Alabama Bureau of Forensic Sciences Toxicology Report, August 14, 2013 |
| 4. | Affidavit of Michael Brave, Esq., National/International Litigation Counsel for TASER, International in the case of *Rascon v. Brookins et al.,*, Case No.,  2:14-cv-00749-PHX-JJT, United States District Court for the District of Arizona |
| 5. | Lee County Sheriff's Department Use of Force and TASER Policy, 2007 |
| 6. | TASER User Certifications for Deputy Steven Mills |
| 7. | TASER Instructor Certifications for Deputy Ray Smith |
| 8. | X26 Dataport firing summary for Deputy Steven Mills |
| 9. | X2 Dataport firing summary for Deputy Ray Smith |
| 10. | X26 User Certification Course, Ver. 13, Slide 132 – Cuffing Under Power |
| 11. | X26 User Certification Course, Ver. 13, Slide 133 – Avoid Extended and Repeated TASER Device Applications Where Practicable |
| 12. | X26 User Certification Course, Ver. 13, Slide 173 – Sudden Unexpected Death Symptoms |

13.        Excerpts from the deposition of Deputy Steven Mills, dated June 14, 2016

14.        Excerpts from the deposition of Deputy Ray Smith, dated June 15, 2016

15.        Excerpts from the deposition of Officer David Butler, dated June 22, 2016

16.        Excerpts from the deposition of Deputy Charles Jenkins, dated June 23, 2016

17.        Excerpts from the deposition of Officer Joey Williams, dated June 22, 2016

18.        Excerpts from the deposition of Officer Shawn Sheely, dated June 23, 2016

19.        Excerpts from the deposition of Deputy Jessica Daley, dated June 13, 2016

20.        Excerpts from the deposition of EMT Misty White, dated June 15, 2016

21.        Excerpts from the deposition of Chief Raymond Smith, dated June 22, 2016

22.        Excerpts from the deposition of Sheriff Jay Jones, dated June 13, 2016

23.        Excerpts from the deposition of Deputy Gloria Warr, dated July 7, 2016

24.        Declaration of Michael Leonesio

25.        Disc containing recorded statement of Charles Jenkins by Alabama Bureau of Investigation (conventionally filed)

26.     Disc containing recorded statement of Shawn Sheely by Alabama Bureau of Investigation (conventionally filed)

27.     Declaration of Gerald T. Gowitt, M.D.

28.     Douglas P. Zipes, M.D., *Sudden Cardiac Arrest and Death Following Application of Shocks From a TASER*, Circulation, 2012;125:2417-2422

29.     TASER® Handheld CEW Warnings, Instructions, and Information: Law Enforcement, March 1, 2013

30.     Alabama Certificate of Death

31.     Care Ambulance – Patient Care Report

32.     Exhibits A-T - Incident/Offense Reports

                        Respectfully Submitted,

                        /s/ Sidney M. Jackson
                        Samuel Fisher
                        Sidney M. Jackson
                        **Wiggins, Childs, Pantazis, Fisher**
                        **& Goldfarb,  LLC**
                        The Kress Building
                        301 19th Street North
                        Birmingham, Alabama 35203
                        Telephone: (205) 314-0500
                        Facsimile: (205) 254-1500
                        sf@wigginschilds.com
                        sjackson@wigginschilds.com

                        Peter M. Williamson
                        *Pro Hac Counsel*
                        **Williamson Law Firm**
                        20750 Ventura Blvd., Suite 245
                        Woodland Hills, CA 91364
                        Telephone: (818) 226-5700
                        Facsimile: (818) 226-5704

3

Email: pmw@pwilliamsonlaw.com
*Attorneys for the Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that  I electronically transmitted the foregoing with the Clerk

of the Court using the CM/ECF System for filing and transmittal of a Notice of

Electronic Filing to the following CM/ECF registrants:

| | | |
|---|---|---|
| J. Randall McNeill | James P. Graham, Jr. | James R.McKoon |
| Fred L. Clements, Jr. | The Graham Legal Firm | Chan Gamble |
| Webb & Eley, P.C. | P.O. Box 3380 | McKoon & Gamble |
| P.O. Box 240909 | Phenix City AL 36868 | P.O. Box 3220 |
| Montgomery, AL 36124 | | Phenix City, AL 36868 |

This the 10th day of August, 2016.

/s/ Sidney M. Jackson
OF COUNSEL