# EXHIBIT

## 27

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GLADIS CALLWOOD, as** ) | |
| **Administratrix of the Estate of** ) | |
| **KHARI NEVILLE ILLIDGE,** ) | |
| ) | **CIVIL ACTION NO.** |
| **Plaintiff,** ) | **2:15-CV-182-WHA** |
| ) | |
| **v.** ) | |
| ) | |
| **PHENIX CITY, ALABAMA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DECLARATION OF GERALD T. GOWITT, M.D.

The Declarant, Gerald T. Gowitt, M.D., declares under penalty of perjury as set forth in 28 U.S.C. §1746 as follows:

1.     I am a certified forensic, anatomic and clinical pathologist.  I have provided an expert report for this case, which is attached hereto.  I have been qualified as an expert witness in the fields of forensic medicine and pathology in approximately 600 court appearances in Georgia, as well as 21 other states. The following is based on my personal knowledge.

2.     I have reviewed the autopsy report conducted by Stephen F. Boudreau, M.D., with the Alabama Department of Forensic Sciences.  I have also reviewed the toxicology report from the National Medical Services laboratory.  I have also reviewed the ABI investigative file and the statements collected from law

enforcement personnel and lay witnesses.

3.     There is no credible evidence that Illidge ingested Lysergic Acid Diethylamide ("LSD") or any other hallucinogenic drug prior to his encounter with police officers on March 24, 2013. The toxicology analysis, the autopsy report and the medical records do not reveal any evidence of LSD consumption.  Any opinion or testimony predicated on his ingested on his ingested of LSD has no basis in medical or scientific fact. Any evidence or opinion presented that assumes that Illidge ingested LSD is based purely on speculation.

4.     Based on my review of the facts, it is my opinion that Illidge died as a result of restraint asphyxia, preceded by excessive Taser shots.

5.     To the extent any of the Defendants' witnesses have offered opinions of death causation based on Illidge's injection of LSD, (including any claim that he suffered from excited delirium from the ingestion of LSD) these opinions are based on speculation.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing information is true and correct.

This the 4th day of August, 2016.

Gerald T. Gowitt, M.D.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Angela S. Allison, Exec. Sec.

| Office Address | Telephone | Mailing Address |
|---|---|---|
| 3550 Kensington Road | (404) 508-3507 | 2095 Highway 211, N.W. |
| Decatur, Georgia 30032 | Facsimile: | Suite 2F-274 |
| fmavlg@aol.com | (404) 508-3509 | Braselton, Georgia 30517 |

April, 2016

**GLADIS CALLWOOD**, as Administratrix of
the Estate of **KHARI NEVILLE ILLIDGE**,

             **Plaintiff,**

**v.**

**PHENIX CITY, ALABAMA** a municipal
corporation; **JAY JONES**, individually;
**CHARLES W. JENKINS, JR**., individually;
**STEVEN M. MILLS**, individually; **RAY
SMITH**, individually; **JOEY WILLIAMS**,
individually; **DAVID BUTLER**, individually;
**SHAWN SHEELY**, individually; and
**RAYMOND J. SMITH**, individually,

             **Defendants.**

**CIVIL ACTION No. 2:15-CV-182-WHA**

Dear Mr. Fisher:

With respect to the above styled civil action, I have reviewed the following materials:

I.    <u>Alabama Bureau of Investigation</u> (ABI)

    A. Investigative Summary

        1. Statements of:

            a. Lee County Corp. Steven Mills

            b. Lee County Deputy Ray Smith

            c. Lee County Deputy Charles Jenkins

    d.  Phenix City Sgt. Joey Williams

    e.  Phenix City Officer Shawn Sheely

    f.   Phenix City Officer David Butler

    g.  Nicholas Woodham

    h.  Norman L. Woodham

    i.   Leigh Ann Woodham

    j.   Zack Lape

    k.  George Irvin

    l.   Gabriel Irvin

    m. Victoria Dawn Shelley

    n.  Dr. William Warr

    o.  Gloria Warr

  B.  TASER Reports

  C.  Final Summary

II.     Alabama Department of Forensic Sciences

  A.  Autopsy Report

  B.  Autopsy Photographs – 25 – (contact sheet)

  C.  Toxicological Analysis Report (August 16, 2012)

III.   National Medical Services Toxicological Reports

  A.  May 13, 2013

  B.  July 31, 2013

IV.   Death Certificate

V.    Care Ambulance Report (March 24, 2013)

VI.   Video

  A.  Khari Illidge walking and his encounter with Corp. Mills (1 minute, 36 seconds)

VII.   <u>Expert Reports</u>

    A.  Michael Leonesio (Preliminary)

Events of March 24, 2013

According to investigative reports, at approximately 5:00 PM Khari Illidge and Nicholas Woodham drank beer and smoked marijuana at Woodham's residence.  Mr. Illidge may have consumed a yet unidentified substance alleged to be LSD.  Shortly thereafter, Illidge complained of being hot, began sweating, and removed all of his clothing.

He was seen by Leigh Ann Woodham running naked along Lee Road.

Corporal Mills encountered Illidge walking on Lee Road.  Illidge seemed to ignore Mills and did not follow his commands.  Mills followed Illidge onto Pierce Road.

Illidge then went down a Pierce Road driveway and Mills followed him apparently on foot.  Illidge approached Corporal Mills and Mills deployed his TASER at him.  It is unclear the distance between the two, where the darts struck Illidge's body or if both darts embedded in his flesh.  It is reported that Illidge dislodged a dart from his person.  TASERing seemed to have little, if any, effect on him.

The confrontation escalated into a physical altercation in which Mills tackled Illidge and discharged his TASER into him five times in the drive stun mode.

Illidge then got up, pushed Mills aside and tried to enter a residence through the back door.  About that time Deputy Smith arrived and observed that Illidge was ignoring Mills' commands to lay on the ground.

Mills then got on Illidge's back.  Deputy Smith TASERed Illidge 14 times during the next two minutes, 19 seconds.

Sgt. Williams arrived and he, too, positioned himself on Illidge's back.

The amount of time Mills and Williams were on Illidge's back is unclear.

At some point while still prone Illidge was handcuffed with his hands behind his back and leg irons were applied.  Flex cuffs were then connected to the chain of the handcuffs and the chain of the leg irons putting Illidge in a "hogtie" position.  Shortly thereafter, examination of Illidge found him to be without pulse or respirations with froth emanating from his mouth.  His restraints were removed, he was rolled over into the supine position and cardiopulmonary resuscitation was begun by law enforcement.

Upon arrival of emergency medical personnel, Illidge had no pulse, blood pressure or respirations and was determined to have a Glascow Coma Scale of 3.

Resuscitative efforts were unsuccessful and he was pronounced dead at Jack Hughston Memorial Hospital at 7:58 PM.

Opinions:

In my 32 year career I have conducted or supervised over 12,000 autopsies and been involved with approximately 30,000 death investigations. I have been qualified as an expert witness in the fields of forensic medicine and pathology in approximately 600 court appearances in Georgia as well as 21 other states. My qualifications are further detailed in my attached curriculum vitae.

Based on my training, education and experience, in addition to review of the above cited materials, I opine as follows:

1. Khari Illidge was most likely experiencing an excited delirium (ED) at the time of his death. It is unclear from the materials provided that ED, if present, was drug induced as no compounds were found in repeated postmortem blood analyses. He had no known psychiatric history.

2. The medical literature documents that TASER discharges may be associated with cardiac arrest in both animal models and anecdotal human case reports (1,2,3,4). One possible mechanism for death would be TASER capturing of the heart and increasing its rate to a level too rapid to maintain organized electrical activity (a normal sinus rate and rhythm) leading to ventricular tachycardia/ventricular fibrillation and ending in death. This is particularly true in the susceptible situations such as those persons in a state of excitation (ED) which raises the pulse and blood pressure and makes the heart prone to rhythm disturbances. As has been suggested in the medical literature, that long TASER discharges or repeated shocks in a condition of excitation may result in fatal cardiac rhythm disturbances. Clearly, this applies to Khali Illidge as he was definitely agitated and received numerous TASER shocks.

3. While determining a close temporal relationship between the TASER discharge and cardiorespiratory arrest may be ideal, this is not always possible for a number of reasons.

   a. The initial TASER induced cardiac rhythm disturbance may not deteriorate into a fatal one for several minutes.

   b. A normal breathing pattern may occur for a short time even after the onset of a fatal cardiac rhythm disturbance.

   c. Accurate initial vital signs may be difficult to obtain as in Khali Illidge's situation.

4. The forensic literature uses the term "restraint asphyxia" for deaths involving prone restraint and/or hogtying and/or weight applied to the back (5). All of these conditions apply to Khali Illidge. Obesity (height 5 feet 2 inches, weight 201 pounds and BMI 37) probably contributed to his being unable to breathe while hogtied in the prone position (5). Unfortunately, the ABI report does not document the weight of the law enforcement officers who got on Khali Illidge's back, the length of time they held him prone, the length of time he was prone after hogtying, and when he suffered his fatal cardiorespiratory arrest.

5. The autopsy report is very superficial and does little to help analyze Khali Illidge's death.  The author seems to possess little in the way of understanding the medical examiner's role with respect to an in-custody death.  Deficiencies include but are not limited to:

   a. The injury section is poorly written and consists of a short paragraph containing four sentences.

   b. Injuries to the right side of the head, top of and sole of the left foot are not described but are clearly visible in the autopsy photographs.

   c. No effort was made to further clarify the origin of the reddish tan "lesions" of the anterior and lateral chest.  Were these "lesions" TASER dart contact points with Khali Illidge's body?  Were these "lesions" bruises and/or puncture wounds?  If they were, the "lesions" are in close proximity to the heart, and the "dart-to-heart distance" may be important with respect to TASER induced cardiac rhythm disturbances (1).

   d. There is no examination of the testicles which would be important in a death involving physical confrontation with law enforcement.

   e. No internal examination of Khali Illidge's back was undertaken (posterior dissection).  In police custody deaths, the medical examiner usually makes an incision from the back of the neck, through the back, buttocks and legs to the feet.  This procedure would be extremely important in Khali Illidge's case as witnesses admit to getting on his back.  It will never be clear if enough force was used to cause bruises to his back or fractures of ribs, posteriorly.

   f. Incisions were not made in Illidge's wrists or ankles to determine if they were bruised by him struggling while restrained.

   g. The small and large intestines were not opened to look for any potential drugs in a plastic bag or paper wrapper.

   h. The autopsy photographs are extremely poor.  There are no photographs of Khali Illidge after removal of medical devices and additional medical devices not described in the autopsy report which are seen in the photographs (IV catheter in back of left hand, intraosseous cannula in the left lower leg).  The eyes, dissected neck organs, internal scalp and brain are not pictured.  No internal photographs of the body were taken.  Even "negative" photographs may help clarify a death.

   i. There is no summation to let readers know the author was aware of the ABI report, toxicology analyses or his assessment of the death.  The cause of death is simply stated as "No Obvious Anatomic Cause of Death."  The manner of death is listed as "Undetermined."  Ample evidence exists as described in this report for one to arrive at a more specific cause of death.

6. In the opinion of the undersigned Khali Illidge died as a result of physical altercation with law enforcement including use of the TASER, upper body compression and hogtie restraint.

All of my opinions are expressed to a reasonable degree of medical certainty.

I reserve the right to amend or add to this report should additional credible information become available in the future.

Attached are the following:

1. Current curriculum vitae
2. Fee schedule
3. List of civil depositions and civil trials from 2011 – present.

Respectfully submitted,

Gerald T. Gowitt, M.D.

GTG/aa

References

1. Zipes, D.P. Can TASER Electronic Control Devices Cause Cardiac Arrest? Circulation. 2014; 129:101-111.

2. Kim, P.J., Franklin, W.H. Ventricular Fibrillation After Stun Gun Discharge.  New England Journal of Medicine. 2005; 353:958-959.

3. Study of Deaths Following Electro-Muscular Disruption: NIJ Report. Washington, DC: U.S. Department of Justice, Office of Justice Programs; May, 2011.

4. Serdlow C.D. et al. Presenting Rhythms in Suddow Deaths Temporally Proximate to Discharge of TASER Conducted Electrical Weapons. Academy of Emergency Medicine 2009; 16:726-739.

5. O'Halloran, R.L., Frank, J.G. Asphyxial Death During Prone Restraint Revisited:  A Report of 21 Cases.  American Journal of Forensic Medicine and Pathology: 21(1); 2000:39-52.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Angela S. Allison, Exec. Sec.

Office Address
3550 Kensington Road
Decatur, Georgia 30032
fmavlg@aol.com

Telephone
(404) 508-3507
Facsimile:
(404) 508-3509

Mailing Address
2095 Highway 211, N.W.
Suite 2F-274
Braselton, Georgia 30517

## CIVIL DEPOSITIONS – 2016

### GERALD T. GOWITT, M.D.

1. Norvill (Terry) v. Union General Hospital (wrongful death—plaintiff). Michael H. Cummings II, LLC, Clayton, GA. January 7, 2016; Decatur, GA.

2. Green v. Medical Facilities of America, et al. (wrongful death – plaintiff). Daniel W. Cotter, PC, Decatur, GA. January 11, 2016; Decatur, GA.

3. Estate of Jeffrey Usher v. Metropolitan Atlanta Rapid Transit Authority, et al. (wrongful death – neutral). Michael L. Goldberg, Esq. Fried, Rogers, Goldberg, LLC, Atlanta, GA. January 14, 2016; Decatur, GA.

4. Williams-Burns v. Sears Roebuck & Co. (wrongful death - plaintiff). Dean LeBoeuf, Esq. Brooks, LeBoeuf, Bennett, Foster & Gwartney, PA, Tallahassee, FL. February 18, 2016; Decatur, GA.

5. Drennan v. Highlands Aerial Park, LLC, et al. (wrongful death – plaintiff). Steven Chance, Esq. Watkins, Laurie, Roll & Chance – Atlanta, GA. February 23, 2016; Decatur, GA.

6. McReynolds v. Hoenfeld (medical malpractice – plaintiff). Nathan E. Fitzpatrick, Esq. The Fitzpatrick Firm, LLC – Atlanta, GA; March 1, 2016; Decatur, GA.

7. DeLoach, et al. v. Total Transportation of Mississippi LLC (wrongful death – defense). Richard H. Hill, II, Esq. Weinburg Wheeler Hudgins Gunn & Dial – Atlanta, GA. Decatur, GA; March 17, 2016.

8. Green v. Medical Facilities of America, et al. (wrongful death – plaintiff). Daniel W. Cotter, PC, Decatur, GA. March 22, 2016; Decatur, GA. (Video deposition for trial.)

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Angela S. Allison, Exec. Asst.

| Office Address | Telephone | Mailing Address |
|---|---|---|
| 3550 Kensington Road | (404) 508-3507 | 2095 Highway 211, N.W. |
| Decatur, Georgia 30032 | Facsimile: | Suite 2F-274 |
| fmavlg@aol.com | (404) 508-3509 | Braselton, Georgia 30517 |

Civil Depositions—2015

Gerald T. Gowitt, M.D.

1. Vardeman (Estate of Helen Partridge) vs. Beverly Enterprises, Inc., et al.—(wrongful death—plaintiff). Alan Lasseter, Esq.—Shuttlesworth Lasseter, LLC—Birmingham, Alabama. Decatur, Georgia—January 6, 2015.

2. Long vs. Abercrombie—(medical malpractice—plaintiff). John E. Suthers, Esq.—Suthers Law Firm—Savannah, Georgia. Decatur, Georgia—January 14, 2015.

3. Patrick O'Neal Emanuel, as Surviving Spouse and as Executor of the Estate of Lilley Ray Emanuel, deceased vs. Wellstar Health System, Inc., and Ward V. Houck (medical malpractice—plaintiff). Tommy Malone, Esq.—The Malone Law Firm Atlanta, Georgia. Decatur, Georgia—February 5, 2015.

4. Engler v. Gwinnett Hospital System, Inc., et al.—(medical malpractice—neutral). Cale Conley, Esq.—Conley & Griggs, LLP—Atlanta, Georgia. Decatur, Georgia—February 19, 2015.

5. Geneva Knight v. Southeast Cancer Network, Inc., et al.—(medical malpractice—neutral). Joseph S. Miller, Esq.—Starnes, Davis, Florie, LLP—Birmingham, Alabama. Decatur, Georgia—March 20. 2015.

6. Bruning v. Creel—(medical malpractice—plaintiff). R. Ray Orrill, Esq.—Orrill & Beary, LLC—New Orleans, LA—Atlanta, Georgia—March 24, 2015.

7. Fernandez v. Sonata Healthcare—(wrongful death—plaintiff).
   Melissa Powers, Esq.—Maher Law Firm—Winter Park, Florida.
   Decatur, Georgia—March 31, 2015.

8. Carolyn Milledge, et al. v. Myron Freeman, individually and in his former
   capacity as Fulton County Sheriff, et al.—(wrongful death—plaintiff).
   Andrew Lampros, Esq.—Hall & Lampros, LLP—Atlanta, Georgia.
   Decatur, Georgia—April 7, 2015.

9. Fields et al. v. Shamrock Nursing and Rehabilitation Center, et al.—(medical
   malpractice—plaintiff)—Jeffrey Jonap, Esq.—Jonap and Associates—Tucker,
   Georgia.  Decatur, Georgia—May 5, 2015.

10. Hartley v. Law (medical malpractice—plaintiff)—Derrick Mills, Esq.—Marsh,
    Rickard & Bryan—Birmingham, AL.  Decatur, GA—June 30, 2015.

11. Robert A. Coker, et al. v. Kindred Healthcare, Inc., et al. (wrongful death—
    plaintiff)—John W. Mrosek, Esq.—Mrosek Law, P.C.—Fayetteville, GA.
    Decatur, GA—July 28, 2015.

12. Clinton v. Ford Motor Company, Inc. (wrongful death—plaintiff)—David
    Sleppy, Esq.—Cathey & Strain, LLC—Cornelia, GA.
    Decatur, GA—August 6, 2015.

13. Delores Thrower v. Grady Memorial Hospital Corporation, et al. (medical
    malpractice—defense).  Jeff Tompkins—Thomas Kennedy Sampson &
    Tompkins LLP—Atlanta, GA.  Decatur, GA—August 11, 2015.

14. Pfister v. Sears, Roebuck & Co., et al.(wrongful death—plaintiff).  Todd
    Petersen, Esq.—Petersen & Petersen—Cleveland, OH.  Decatur, GA—
    September 24, 2015.

15. Pfister v. Sears, Roebuck & Co., et al.(wrongful death—plaintiff).  Susan
    Peterson, Esq.—Petersen & Petersen—Cleveland, OH.  Decatur, GA—
    October 20, 2015.

16. Estate of James Jackson v. Southern Springs Healthcare (wrongful death—
    plaintiff).  J.P. Sawyer, Esq.—Sawyer Law Firm—Enterprise, AL.  Decatur,
    GA—October 22, 2015.

17. Westbrook v. The Specialty Hospital, LLC (wrongful death—plaintiff). George Johnson, Esq.—Law Offices of George S. Johnson, LLC—Decatur, GA.  Decatur, GA—November 10, 2015.

18. Brown v. Carter and Federal Express (plaintiff).  Curtis A. Thurston, Jr. Esq.—Thurston Law Offices—Atlanta, GA.  Decatur, GA—December 1, 2015.

19. Brazzel v. Emory University Hospital, et al. (medical malpractice—plaintiff). Wayne Grant—Grant Law Office—Atlanta, GA.  Decatur, GA.  December 8, 2015.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy C. Hopkins, Exec. Asst.

| Office Address | Telephone | Mailing Address |
|---|---|---|
| 3550 Kensington Road | (404) 508-3507 | 2095 Highway 211, N.W. |
| Decatur, Georgia 30032 | Facsimile: | Suite 2F-274 |
| fmavlg@aol.com | (404) 508-3509 | Braselton, Georgia 30517 |

### Civil Depositions—2014
### Gerald T. Gowitt, M.D.

1.  Edwards v. Nicome, et al.—(medical malpractice—neutral).  Roderick E. Edmond, Esq.—Edmond, Lindsay & Hoffler, LLP.—Atlanta, Georgia. Decatur, Georgia—January 15, 2014.

2.  Herrera v. Hillsborough County School Board; and Hillsborough County School District.—(wrongful death—plaintiff). Melissa Powers, Esq.—The Maher Law Firm—Winter Park, Florida. Decatur, Georgia—January 28, 2014.

3.  Cohen v. Summit Medical Center—(medical malpractice—plaintiff). Mark Beveridge, Esq.—Kinnard, Clayton & Beveridge—Nashville, Tennessee.  Decatur, Georgia—February 6, 2014.

4.  Anjour Cullars v. Heritage Healthcare of Wilkes, LLC, et al.—(wrongful death—plaintiff).  John T. Ruff, Esq.—Atlanta, Georgia.  Decatur, Georgia—March 20, 2014.

5.  Washington v. Select Specialty Hospital-Augusta, Inc.—(medical malpractice—plaintiff). Louis Levenson, Esq.—Atlanta, Georgia. Decatur, Georgia—March 27, 2014.

6.  Owen v. Meers, et al.—(medical malpractice—plaintiff).  Mary Ellen Morris, Esq.—Kinnard, Clayton & Beveridge—Nashville, Tennessee. Decatur, Georgia—April 10, 2014.

Page 2

7.      Shaw, et al. v. Rehan, et al.—(medical malpractice—defense).
        W. Brent Hyde, Esq.—Hall, Booth, Smith & Slover, P.C.—Tifton, Georgia.
        Decatur, Georgia—April 29, 2014.

8.      McGinty, et al. v. UAB Medical Center West, et al.—(Tort for Fraud and
        Emotional Distress—plaintiff).  Adedapo Agboola, Esq.—Bender &
        Agboola, LLC—Birmingham, Alabama.  Decatur, Georgia—May 8, 2014.

9.      Fatimah Phoenix v. Wal-Mart, et al.—(wrongful death—neutral).
        E. Michael Moran, Esq.–Law & Moran—Atlanta, Georgia.
        Decatur, Georgia—August 12, 2014.

10.     Whatley, et al. v. Piedmont Healthcare, Inc. and Piedmont Hospital, Inc.—
        (medical malpractice—plaintiff).  William Holbert, Esq.—Slover, Prieto,
        Marigliano, Holbert, LLC.—Atlanta, Georgia. Decatur, Georgia-August 21,
        2014.

11.     Buchanon, et al. v. Durable Medical Equipment, et al.—(wrongful death—
        plaintiff). Robert C. Buck, Esq.—Buck Law Group—Atlanta, Georgia.
        Decatur, Georgia—September 11, 2014.

12.     Andre Heyward, Individually, and Roger A. Kirschenbaum, as
        Administrator of the Estate of Michelle Kamika Chinnis, deceased v.
        ABCO Transportation, Inc., R & L Transfer, Inc., Robert Sansom,
        Protective Insurance Company, and Lexington Insurance Company—
        (wrongful death—defense).   Michael Horst, Esq.—Baker, Donelson,
        Bearman, Caldwell & Berkowitz, P.C.—Atlanta, Georgia.
        Decatur, Georgia—October 21, 2014.

13.     Leah Maroney Morton, et al. v. South Central Timber, Companion Ins., et
        al.—(wrongful death—plaintiff).  Larry Keith Evans, Esq.—Evans & Evans,
        P.C.—Griffin, Georgia.  Decatur, Georgia—October 28, 2014.

14.     Wallace (Estate of Dorothy Stringer) v. Sunbridge Healthcare, LLL d/b/a
        Cottage of the Shoals Care and Rehabilitation Center--(wrongful death—
        defense). P. Scott Arnston, Esq.—Lanier, Ford, Shaver & Payne, P.C.—
        Huntsville, Alabama. Decatur, Georgia—October 30, 2014.

15.     Sandra H. Benitez, Individually v. Children's Healthcare of Atlanta, Inc.—
        (medical malpractice—neutral). Julye Johns, Esq.—Huff, Powell & Bailey,
        LLC.—Atlanta, Georgia.  Decatur, Georgia—December 10, 2014.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy C. Hopkins, Exec. Asst.

| Office Address | Telephone | Mailing Address |
|---|---|---|
| 3550 Kensington Road | (404) 508-3507 | 2095 Highway 211, N.W. |
| Decatur, Georgia 30032 | Facsimile: | Suite 2F-274 |
| fmavlg@aol.com | (404) 508-3509 | Braselton, Georgia 30517 |

Civil Depositions—2013

Gerald T. Gowitt, M.D.

1. Story v. Ivan Jay Brodwyn, D.C. and Dr. Jay Brodwyn Clinicare of Columbus, Inc.—(wrongful death-plaintiff). John G. Mabrey, Esq.—The Mabrey Firm, P.C.—Atlanta, Georgia. Decatur, Georgia—February 13, 2013.

2. Smith v. Northside Hospital, et al.—(medical malpractice—plaintiff). Jason Branch, Esq.—Philips, Branch & Hodges, P.C.—Columbus, Georgia. Decatur, Georgia—March 7, 2013.

3. Charlene Denney v. Jason T. Crenshaw and John Does, 1-10—(medical malpractice—plaintiff). David E. Tuszynski, Esq.—Garland, Samuel & Loeb, P.C.—Atlanta, Georgia. Decatur, Georgia—March 27, 2013.

4. Patrice Gay, as next friend of Michael Anthony Williams Teele, deceased and Anjoure C. Teele, v. Gwinnett County Sheriff's Office, et al.—wrongful death—plaintiff). Romero Pearson, Esq.—Pearson Law Group—Lawrenceville, Georgia. Decatur, Georgia—July 30, 2013.

5. Jones vs. City of Albertville, et al.—(wrongful death—plaintiff). Rip Andrews, Esq.—Marsh, Rickard, Bryan, P.C.—Birmingham, Alabama. Decatur, Georgia—August 13, 2013.

6. Stephens, Sumrall, Singleton et al. v. Ford Motor Company, et al.—(products liability/wrongful death—plaintiff). Michael Moran, Esq,--Law & Moran—Atlanta, Georgia. Decatur, Georgia—August 29, 2013.

Page 2

7.      Davis, et al. v. GGNSC Atlanta LLC.—(medical malpractice/wrongful death-plaintiff). J. Cameron Tribble, Esq.—The Barnes Law Group, LLC.—Marietta, Georgia. Decatur, Georgia—September 10, 2013.

8.      Love et al. v. Federal Express Corporation, et al.—(wrongful death-neutral). John H. Peavy, Esq.—Peavy Law Firm, LLC—Atlanta, Georgia. Decatur, Georgia—September 17, 2013.

9.      Culbertson v. Braun, et al.—(product liability-plaintiff).
Dennis Cathey, Esq.—Cathey & Strain, P.C.—Cornelia, Georgia.
Decatur, Georgia—September 24, 2013.

10.     Roberson v. Vaughn et al.—(medical malpractice—plaintiff).
Tommy Malone, Esq.—The Malone Firm—Atlanta, Georgia.
Decatur, Georgia—October 10, 2013.

11.     Thomas v. Lakewood Reliable HealthCare—(wrongful death-plaintiff).
Michael Prieto, Esq. –Slover, Prieto, Marigliano, Holbert, LLC—Atlanta, Georgia.  Decatur, Georgia—October 24, 2013.

12.     Banks v. Shahram Rezaiamiri, M.D. d/b/a Rezaialiri Neurosurgery & Spine, P.C. & South Atlanta Neurosurgery, P.C. (medical malpractice—plaintiff).Roderick E. Edmond, M.D., J.D.—Edmond, Jones, Lindsay, LLP—Atlanta, Georgia.   Decatur, Georgia—November 14, 2013. (2nd Deposition).

13.     Evans vs. Gold Cross EMS, Inc.—(wrongful death—plaintiff).
C. Caleb Connor, Esq.—Connor & Connor, LLC—Augusta, Ga.
Decatur, Georgia—November 19, 2013.

# Forensic Medicine Associates, Inc.

## Consultants to the Medical and Legal Professions

2095 Highway 211, NW
Suite 2F-274
Braselton, Georgia 30517

### Gerald T. Gowitt, M.D.

Office Address
3550 Kensington Road
Decatur, Georgia 30032-1328

Telephone:

(404) 508-3507

Facsimile:

(404) 508-3509

Civil Depositions—2012

Gerald T. Gowitt, M.D.

1. Herz v. Forsyth & Grimsley—(wrongful death—plaintiff).
   Jason L. Nohr, Esq. –Cauthorn, Nohr & O'Dell—Marietta, Georgia.
   Decatur, Georgia—March 6, 2012.

2. Robert Stokes v. World Color Printing Corp. and Travelers Indemnity
   Company of America—(worker's comp—defense).
   James Richter, Esq.—Richter, Head, Shinall & White, L.L.P.—Atlanta, Georgia.
   Decatur, Georgia—April 9, 2011.

3. Bennett v. Cypress Healthcare Management, LLC—(wrongful death-plaintiff).
   Evan W. Jones, Esq.—Ragland & Jones, LLP—Atlanta, Georgia.
   Decatur, Georgia—April 11, 2012.

4. Davis, et al. v. MTFG, China I, LLC d/b/a China Cafteria—(wrongful death-
   neutral). Michael Moran, Esq.—Law & Moran—Atlanta, Georgia.
   Decatur, Georgia—May 1, 2012.

5. Doster v. Long Term Hospital of Dothan, et al.—(wrongful death—plaintiff).
   Rip Andrews, Esq.—Marsh, Rickard & Bryan—Birmingham, Alabama.
   Decatur, Georgia—May 8, 2012.

Page 2

6. Perry v. Trello, et al.—(medical malpractice—plaintiff).
   Sam G. Nicholson, Esq.—Nicholson & Revell, LLP—Augusta, Georgia.
   Decatur, Georgia—May 23, 2012.

7. Spears et al. v. Wellstar Health System, Inc., et al. (medical malpractice-plaintiff).
   Anne H. Coolidge-Kaplan, Esq. –Garland, Samuel & Loeb—Atlanta, Georgia.
   Decatur, Georgia-June 6, 2012.

8. Howard et al. v. Eli Lilly and Company, et al. (products liability-plaintiff).
   Kristin Beightol, Esq.—Bird Law Group—Atlanta, Georgia.
   Decatur, Georgia—June 13, 2012.

9. Bostick v. Espinel, et al.—(medical malpractice—plaintiff).
   Mark Beveridge, Esq—Kinnard, Clayton & Beveridge—Nashville, Tennessee.
   Decatur, Georgia—June 28, 2012.

10. Humphrey et al., v. Griffith et al.—(medical malpractice—plaintiff).
    Mark Beveridge, Esq.—Kinnard, Clayton & Beveridge—Nashville, Tennessee
    Decatur, Georgia—August 29, 2012.

11. Boyd v. Georgia Power Company, et al.—(wrongful death-plaintiff).
    Jeffrey P. Yashinsky, Esq.—Hartman-Imbriale, LLP—Woodstock, Georgia.
    Decatur, Georgia—October 17, 2012.

12. Hetland et al., v. Briar Oak Investments, III, LLC—(wrongful death—plaintiff).
    Daniel W. Cotter, Esq.—The Law Offices of Daniel W. Cotter, P.C.—Decatur,
    Georgia.  Decatur, Georgia—November 7, 2012.

13. McCorkle v. Dixie Pipeline Company, et al.—(wrongful death—plaintiff).
    Michael J. Warshauer, Esq.—Warshauer Law Group, P.C.—Atlanta, Georgia.
    Decatur, Georgia—November 8, 2012.

# Forensic Medicine Associates, Inc.

### Consultants to the Medical and Legal Professions

2095 Highway 211, NW
Suite 2F-274
Braselton, Georgia 30517

### Gerald T. Gowitt, M.D.

Telephone:
(404) 508-3507

Office Address
3550 Kensington Road
Decatur, Georgia 30032-1328

Facsimile:
(404) 508-3509

---

### Civil Deposition-2011

### Dr. Gerald T. Gowitt, M.D.

1. Driscoll v. Hearthstone Management, Inc., et al.—(wrongful death—plaintiff).
   Derrick Mills, Esq.—Marsh, Rickard & Bryan, PC—Birmingham, Alabama.
   Decatur, Georgia—January 4, 2011.

2. Epps v. Menchion, et al.—(medical malpractice/products liability—plaintiff).
   Mike Flint, Esq.—Schreeder, Wheeler & Flint, LLP—Atlanta, Georgia.
   Decatur, Georgia—January 14, 2011

3. Tanner v. Triad of Alabama, LLC d/b/a Flowers Hospital—(medical
   malpractice—plaintiff). Scott Gwartney, Esq.—Brooks, LeBoeuf, Bennett,
   Foster & Gwartney, P.A.—Tallahassee, Florida.
   Decatur, Georgia—February 7, 2011.

4. Saintil v. Sharon E. Pope, M.D., & East Metro OB/GYN Specialists, Inc.—
   (medical malpractice-plaintiff). Thomas J. Venker, Esq. –Kirschner & Venker,
   P.C.—Atlanta, Georgia. Decatur, Georgia—February 15, 2011.

5. Stephens v. Fulton DeKalb Hospital Authority—(medical malpractice—
   plaintiff). Keenan Nix, Esq.—Morgan & Morgan—Atlanta, Georgia.
   Decatur, Georgia—February 22, 2011.

6. Burney v. UniHealth Post Acute Care of Austell, L.L.C.—(medical
   malpractice—plaintiff). Daniel Cotter—Cotter Law Firm—Decatur, Georgia.
   Decatur, Georgia—February 28, 2011.

2 | Civil Deposition 2011 (Continued)

7.  Waters v. Fairfield Nursing & Rehabilitation Center, L.L.C., et al.—(medical malpractice—plaintiff).  Gerald Brooks, Esq.—Thomas, Means, Gillis & Seay, P.C.—Montgomery, Alabama.  Decatur, Georgia—March 2, 2011.

8.  Giacomo v. Beverly Enterprises-Alabama, Inc., et al.—(medical malpractice— plaintiff). Nick Wooten, Esq.—Jinks, Crow & Dickson, P.C.—Union Springs, Alabama.  Decatur, Georgia—March 10, 2011.

9.  Evans (Estate of John Allen) v. Unihealth Post Acute Care of Austell, LLC.— (medical malpractice-plaintiff). Daniel Cotter—Cotter Law Firm—Decatur, Georgia.  Decatur, Georgia—March 23, 2011.

10. Estate of Elizabeth Massey v. John Wiebe, DDS et al.—(medical malpractice—plaintiff). Michael J. Warshauer, Esq.—Warshauer Law Group— Atlanta, Georgia. Decatur, Georgia—March 24, 2011.

11. Holt et al. v. American Legion—(wrongful death—plaintiff). Robert B. Jackson, IV., LLC—Atlanta, Georgia.  Decatur, Georgia—March 30, 2011.

12. Krenek et al., v. Sunrise Senior Living, Inc., et al.—(wrongful death-plaintiff). Joseph W. Watkins, Esq.—Watkins, Lourie, Roll & Chance, PC—Atlanta, Georgia.  Decatur, Georgia—April 5, 2011.

13. Boyd v. SSC Montgomery Cedar Crest Operating Company, LLC D/B/A Cedar Crest Health & Rehabilitation—(wrongful death-plaintiff). Nolan E. Awbrey, Esq.—Hare, Wynn, Newell & Newton—Birmingham, Alabama. Decatur, Georgia—April 13, 2011.

14. Lawrence v. Rich Products—(worker's comp—defense). Thomas Sippel, Esq.—Leitner, Williams, Dooley & Napolitan, PLLC— Roswell, Georgia.  Decatur, Georgia—May 11, 2011.

15. Pittman v. Jamil—(wrongful death—plaintiff). Albert J. Dibb, Esq.—Dib, Fagan & Brault, P.C.—Royal Oak, Michigan. Decatur, Georgia—June 7, 2011.

16. Johnson v. MCCG—(medical malpractice—plaintiff). Wayne Grant, Esq.—Law Offices of Wayne Grant, P.C.—Atlanta, Georgia. Decatur, Georgia—7-19-2011.

17. Hopson v. Fairview Nursing Home—(wrongful death—plaintiff). Barry W. Walker, Esq.—Walker Law Firm—Birmingham, Alabama. Decatur, Georgia—08-04-11.

3 │ Civil Deposition 2011 (Continued)

18. Cole v. Georgia-Carolina Foods, Inc.—(wrongful death—plaintiff).
    J. Andrew Tisdale, Esq.—Tisdale Law Firm—Evans, Georgia.
    Decatur, Georgia—September 7, 2011.

19. Desmond v. Robbins, et al.—(wrongful death-neutral).
    Barbara A. Marschalk, Esq.—Drew, Eckl & Farnham, LLP—Atlanta, Georgia.
    Decatur, Georgia—September 28. 2011.

20. Adem v. DeKalb Medical Center, Inc.—(medical malpractice—plaintiff).
    Daniel W. Cotter, Esq.—The law Offices of Daniel W. Cotter, P.C.—Decatur,
    Georgia.  Decatur, Georgia—September 29, 2011.

21. Joyce Blackman et al. v. Henry Michael Webb, M.D., et al.—(medical
    malpractice—neutral). Thomas D. Trask, Esq.—Parks, Chesin & Walbert,
    P.C.—Atlanta, Georgia.  Decatur, Georgia—October 11, 2011. `

22. Julianna N. Woody, et al. v. Calhoun OB-GYN Associates, P.C., and Donald
    D. Taylor, M.D.—(medical malpractice—plaintiff).
    Christopher Irwin, Esq.—Cook, Noell, Tolley & Bates, LLP—Athens, Georgia.
    Decatur, Georgia—November 22, 2011.

23. Johnson v. Estes Express, et al.—(wrongful death—defense).
    Robert L. Jones, III., Esq.—Conner & Winters, LLP—Fayetteville, Arkansas.
    Decatur, Georgia—December 20, 2011.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Angela S. Allison, Exec. Sec.

Office Address
3550 Kensington Road
Decatur, Georgia 30032
fmavlg@aol.com

Telephone
(404) 508-3507
Facsimile:
(404) 508-3509

Mailing Address
2095 Highway 211, N.W.
Suite 2F-274
Braselton, Georgia 30517

Civil Court Testimony – 2015

Gerald T. Gowitt, M.D.

1. Daniels v. Habersham Anesthesiology Associates, Inc. – (medical malpractice – plaintiff).
   Steven Wisebram, Esq. – Finch McCranie – Atlanta, Georgia.
   Clarkesville, Georgia – July 16, 2015.

2. Banks v. Shahram Rezaiamiri, M.D. d/b/a Rezaiamiri Neurosurgery & Spine P.C. & South
   Atlanta Neurosurgery P.C. (medical malpractice—plaintiff). Roderick E. Edmond, M.D., J.D.—
   Edmond, Jones, Lindsay, LLP—Atlanta, Ga. Jonesboro, GA—July 30, 2015.

3. Story v. Ivan Jay Brodwyn, D.C. and Dr. Jay Brodwyn Clinicare of Columbus, Inc.—(wrongful
   death-plaintiff). John G. Mabrey, Esq.—The Mabrey Firm, P.C.—Atlanta, Georgia. Columbus,
   Georgia—September 16, 2015.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy C. Hopkins, Exec. Asst.

| Office Address | Telephone | Mailing Address |
|---|---|---|
| 3550 Kensington Road | (404) 508-3507 | 2095 Highway 211, N.W. |
| Decatur, Georgia 30032 | Facsimile: | Suite 2F-274 |
| fmavlg@aol.com | (404) 508-3509 | Braselton, Georgia 30517 |

Civil Court Testimony—2014

Gerald T. Gowitt, M.D.

1. Purcell v. Vincent Zubowicz, M.D. & The Center for Plastic Surgery, Inc.—(neutral).
   Michael G. Regas, II., Esq.—Houck/Regas LLC.—Atlanta, Georgia.
   Atlanta, Georgia—April 16, 2014.

2. Culbertson v. Braun, et al.—(product liability—plaintiff).
   Dennis Cathey, Esq.—Cathey & Strain, P.C.—Cornelia, Georgia
   Canton, Georgia—May 6, 2014.

3. McGinty, et al. v. UAB Medical Center West, et al.—(Tort for Fraud and Emotional
   Distress—plaintiff). Adedapo Agboola, Esq.—Bender & Agboola, LLC—Birmingham,
   Alabama. Bessemer, Alabama—August 20, 2014.

# Forensic Medicine Associates, Inc.
## Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Tammy C. Hopkins, Exec. Asst.

Office Address
3550 Kensington Road
Decatur, Georgia 30032
fmavlg@aol.com

Telephone
(404) 508-3507
Facsimile:
(404) 508-3509

Mailing Address
2095 Highway 211, N.W.
Suite 2F-274
Braselton, Georgia 30517

Civil Court Testimony—2013
Gerald T. Gowitt, M.D.

**NO APPEARANCES IN CIVIL COURT IN 2013**

# Forensic Medicine Associates, Inc.

### Consultants to the Medical and Legal Professions
2095 Highway 211, NW
Suite 2F-274
Braselton, Georgia  30517

### Gerald T. Gowitt, M.D.

| Telephone: | Office Address | Facsimile: |
|---|---|---|
| | 3550 Kensington Road | |
| (404) 508-3507 | Decatur, Georgia  30032-1328 | (404) 508-3509 |

## Civil Court Testimony-2012

## Gerald T. Gowitt, M.D.

1. Joyce Blackman et al., v. Henry Michael Webb, M.D., et al.—(medical malpractice—neutral). Thomas D. Trask, Esq.—Parks, Chesin & Walbert, P.C.—Atlanta, Georgia.  Atlanta, Georgia—January 4, 2012.

2. Conaway v. Anesthesia Associates of Savannah, P.A., St. Joseph's/Candler Health System, et al. (medical malpractice—plaintiff).
Bill Bird, Esq.—Bird Law Group, P.C.—Atlanta, Georgia.
Savannah, Georgia—December 11, 2012.

3. Harden, et al. v. Georgia Marketing & Leasing, L.L.C., et al.—(wrongful death—plaintiff).  John G. Mabrey, Esq.—The Mabrey Firm, P.C.—Atlanta, Georgia.
Lawrenceville, Georgia—December 12, 2012.

# Forensic Medicine Associates, Inc.

## Consultants to the Medical and Legal Professions

2095 Highway 211, NW
Suite 2F-274
Braselton, Georgia 30517

### Gerald T. Gowitt, M.D.

Telephone:

(404) 508-3507

Office Address
3550 Kensington Road
Decatur, Georgia 30032-1328

Facsimile:

(404) 508-3509

---

### Civil Court Testimony-2011

### Gerald T. Gowitt, M.D.

1. Anthony v. Life Care Centers of America, Inc., et al.—(wrongful death—plaintiff). Senthia D. Towery, Esq.—Maher Law Firm—Winter Park, Florida—February 1, 2011.

2. Epps v. Menchion, et al.—(medical malpractice—plaintiff). Michael D. Flint, Esq.—Flint & Adler, LLP—Atlanta, Georgia McDonough, Georgia—February 23, 2011.

3. Estate of Elizabeth Massey v. John Wiebe, DDS et al.—(medical malpractice—plaintiff). Michael J. Warshauer, Esq. Warshauer Law Group—Atlanta, Georgia.  Savannah, Georgia—June 2, 2011.

4. Giacomo v. Beverly Enterprises-Alabama, Inc., et al.—(arbitration hearing—plaintiff). Nick Wooten, Esq.—Jinks, Crow & Dickson, P.C.—Union Springs, Alabama.  Lafayette, Alabama—July 26, 2011.

5. Hopson v. Fairview Nursing Home—(arbitration hearing—plaintiff). Barry W. Walker, Esq.—Walker Law Firm—Birmingham, Alabama. Birmingham, Alabama—December 5, 2011.

# CURRICULUM VITAE

## GERALD T. GOWITT, M.D.

### PERSONAL DATA:

Birthplace:          Connecticut

Citizenship:         United States

Marital Status:      Married

Mailing Address:     2095 Highway 211, NW
                     Suite 2F-274
                     Braselton, Georgia 30517

Office Address:      DeKalb County Medical Examiner's Office
                     3550 Kensington Road
                     Decatur, Georgia 30032-1328

Telephone:           (404) 508-3507

FAX:                 (404) 508-3509

E-Mail:              ggowitt@aol.com
                     fmavlg@aol.com

### PRESENT POSITIONS:

1.   Chief Medical Examiner, DeKalb County, Georgia (independently contracted-2000-present).

2.   Independently contracted Medical Examiner for the counties of Hall, Henry, Rockdale and Barrow.

3.   Director and Chief Executive Officer, Forensic Medicine Associates, Inc. (1994-present).

4.   Director, Clinical Laboratory, Georgia Regional Hospital at Atlanta. (1989-present).

## EDUCATION:

1978-1982  Doctor of Medicine with Honors, University of North Carolina,
Chapel Hill, North Carolina.

1970-1972  Physician's Assistant Program, Duke University,
Durham, North Carolina.

1966-1970  B.A. in Biology, Central Connecticut State College,
New Britain, Connecticut

## MEDICAL LICENSURE:

1983—present (Georgia).

## CERTIFICATION:

1987  American Board of Pathology (Forensic Pathology)

1986  American Board of Pathology (Anatomic and Clinical Pathology)

1986  Certified clinical laboratory director (Georgia)

1985  Appointed as a medical examiner for the State of Georgia

1982  Successfully completed the Examination of the Federation of State Medical
Boards (FLEX)

## POST DOCTORAL TRAINING:

1982-1986  Resident in Anatomic and Clinical Pathology, Emory University Affiliated
Hospitals, Atlanta, Georgia.

Chief Anatomic Pathology Resident 1985.

1986-1987  Forensic Pathology Fellowship (Assistant Medical Examiner), Fulton
County Medical Examiner's Office, Atlanta, Georgia. Affiliated with Emory
University School of Medicine.

**APPOINTMENTS AND PRACTICE EXPERIENCE:**

| | |
|---|---|
| 2013-Present | National Association of Medical Examiners—Ad hoc Committee on Medical Examiner Independence |
| 2013-2015 | Director, Clinical Laboratory, West Georgia Regional Hospital at Columbus |
| 2006-Present | Chief Medical Examiner, Rockdale County, Georgia |
| 2001-Present | Board of Advisors, LifeLink of Georgia |
| 1994-2002 | Member, Governor's Advisory Board on Anatomical Gifts |
| 1993-1996 | Member, Medical Association of Atlanta and the Atlanta Bar Medical-Legal Committee |
| 1990-1996 | Member, Fulton County Child Fatality Review Committee |
| 1989-1996 | Consulting Medical Examiner, Georgia Bureau of Investigation and Georgia State Crime Laboratory |
| 1987-Present | Chief Medical Examiner for Hall and Henry Counties, Georgia |
| 1989-Present | Director of Laboratory, Georgia Regional Hospital at Atlanta |
| 1988-2002 | Staff Pathologist, Henry General Hospital, Stockbridge, Georgia |
| 1988-1990 | Board Member, Gwinnett Council on Child Abuse |
| 1988-1990 | Advisory Board, Atlanta Chapter, National Sudden Infant Death Syndrome Foundation |
| 1987-1988 | Chief Medical Examiner, Gwinnett County, Georgia |
| 1987-1996 | Assistant Professor of Pathology (Forensic) and Laboratory Medicine, Emory University School of Medicine |
| 1987-1997 | Staff Pathologist, Grady Memorial Hospital. |
| 1986-1989 | Staff Pathologist, Gwinnett Hospital System, Lawrenceville, Georgia |
| 1986-1989 | Director, Gwinnett Diagnostic Laboratory |
| 1985-1987 | Associate Medical Examiner, Gwinnett County, Georgia |

Gerald T. Gowitt, M.D. | 4
**CURRICULUM VITAE** |

1972-1982          Physician's Assistant, Internal Medicine, Raleigh, North Carolina

## PROFESSIONAL SOCIETY MEMBERSHIPS:

1988-Present       American Academy of Forensic Sciences – fellow member
                   (highest ranking order)

1988-1996          Medical Association of Georgia

1988-1996          Medical Association of Atlanta

1986-Present       National Association of Medical Examiners

1985-1997          College of American Pathologists

1982-1997          American Society of Clinical Pathologists

1978-1997          American Medical Association

1973-Present       North Carolina Academy of Physician's
                   Assistants (honorary member 1976-present)

## SPEAKING INVITATIONS AND INVITED LECTURESHIPS:

Panelist: The Medical Examiner/Coroner/Funeral Home Organ and Tissue Donation Symposium.  Forsyth, Georgia. May 20, 2008.

Children's Healthcare of Atlanta. Annual Conference on Child Abuse and Neglect (panelist).  November 16, 2007.

Role of the Forensic Pathologist in Nursing Home Litigation (lecture).
American Association for Justice. Las Vegas, Nevada. September 28, 2007.

Abusive Head Injuries in Children: Recognizing the Constellation of Injuries in the Emergency Room and at Autopsy (workshop).   Building Successful Teams – Child Abuse, Injury and Fatality: Investigation, Prosecution and Prevention Conference. Marietta, Georgia. April 4, 2007

Child Abuse and Neglect.  Seminar given at Clayton State College, Morrow, Georgia. May 6, 2004.

Autopsy Findings in Child Deaths (workshop). Georgia Department of Human Resources Child Fatality Conference. Macon, Georgia. November 3, 1999, November 27, 2000, March 26-27, 2002 and March 25-26, 2003.

Homicide and Asphyxial Deaths. Georgia State Police Training Academy.  Forsyth, Georgia.  February 21, 2001.

Pediatric Forensic Pathology. Medical College of Georgia. Emergency Medicine Seminar. Augusta, Georgia. May 4, 2000.

Investigation of Asphyxial Deaths and Autoerotic Fatalities. Georgia Coroner's Training Counsel.  January 11 (Forsyth), April 7 (Savannah), May 7 (Rome), August 6 (Albany) and November 5 (Forsyth)-1999.

Overview of Forensic Pathology (workshop). Georgia Society for Clinical Laboratory Science 50th Anniversary. Atlanta, Georgia. May 7, 1999.

The Medical Examiner's Role Concerning Homicide Investigations. Presented to the Florida Association of Criminal Defense Lawyers 10th Annual Meeting. Palm Beach, Florida. June 1997.

Morning of Forensic Medicine. Physician's CME Program. St. Joseph's Hospital. Savannah, Georgia. March 8, 1997.

An Introduction to Forensic Medicine. Presented to the Atlanta Centers for Disease Control. Atlanta, Georgia. October 23, 1996.

Forensic Potpourri. Presented to the Atlanta Legal Secretaries Association. Atlanta, Georgia. January 19, 1996.

Medical Examiner's Role in Death Investigation. Presented to the Georgia State Division of the International Association of Identification. Stockbridge, Georgia. September 28, 1995.

Deaths in the Work Place. Presented to the Atlanta Bar Association, February 24, 1994, Atlanta, Georgia.

Medical Information Concerning Sexually-Related Deaths. Presented to the Georgia Trial Lawyers Association. ST. Simon's Island, Georgia. April 21, 1993.

Cobb County Death Investigation Seminar. Lecturer in autoerotic fatalities and blood spatter interpretation. Marietta, Georgia. May 1992 and May 1993.

A View of Trauma from the Autopsy Table. Presented at the First Annual Southeast Trauma Symposium, October 1989, Norcross, Georgia.

Preservation of Forensic Evidence. Presented at the First Annual Southeast Trauma Symposium, October 1989, Norcross Georgia.

The Forensic Pathologist's Role in the Recognition and Preservation of Evidence. Presented at the Emory University Law School Seminar on Forensic Science, 1989-present, Atlanta, Georgia.

Death Scene Investigation and Whodunit Homicides. Presented at the Homicide Investigation Seminar, Georgia State Police Training Academy, October 1988 and December 1993, Forsyth, Georgia.

Seminar in Forensic Pathology. Presented at the Annual Meeting of Georgia Medical Technologists, November 1988 and November 1990, Macon, Georgia.

Recognition of Child Abuse. Presented to the Gwinnett Hospital Sytem Emergency Room staff, March and July 1988, Lawrenceville, Georgia.

Child Abuse. Seminar presented to the Hall County and Gainesville, Georgia Law Enforcement personnel, February 1988, Gainesville, Georgia.

The Coroner versus the Medical Examiner System in Death Investigation. Presented to the 4 Gwinnett County Rotarian Chapters, June-July 1988, Gwinnett County, Georgia.

Forensic Pathology Teaching Seminar. Monthly presentations given to the Emory University Affiliated Hospitals pathology residences 1987-1996, Atlanta, Georgia.

What is a Medical Examiner? Presented to the Gwinnett County Kiwanis Club, November 1987, Lawrenceville, Georgia.

Gunshot Wounds. Seminar presented to the Hall County and Gainesville, Georgia Law Enforcement personnel, February 1987, Gainesville, Georgia.

Forensic Science Teaching Seminars. Monthly presentations given to the Gwinnett County Department of Public Safety 1986-1988, Lawrenceville, Georgia.

Primary Pulmonary Lymphoma. Presented to the University of North Carolina and Duke University Joint Hematology-Oncology Group, March 1982, Chapel Hill, North Carolina.

Code Blue Team Function in a State Psychiatric Hospital. Workshop presented at Dorothea Dix Hospital, April 1976, Raleigh, North Carolina.

Clinical Cardiology for Intensive Care Nurses. Annual CME course for nurses presented at Dorothea Dix Hospital, 1976-1978, Raleigh, North Carolina.

## AWARDS AND HONORS:

1982   Doctor of Medicine with Honors, University of North Carolina, Chapel Hill, North Carolina

1981   Student Stores Medical Scholarship (Financial Aid Award).

1978   McIver Medical School Scholarship.

1977   Award presented for legislative efforts on behalf of physician assistants in North Carolina.


## BIBLIOGRAPHY:

A.   Publications:

1.   Edwards KR, Gowitt GT, Rollins RL: State mental hospital referrals: Patient abandonment by local medical resources. NC Med J 1974; 35:151-155

2.   Gowitt GT, Gustke SS: Guidelines to the Physician for Writing Standing Orders for the Physicians' Assistants and Nurse Practitioners, 1977 (a locally distributed procedure manual).

3.   Gowitt GT: Primary pulmonary lymphoma: Report of a case and reviewed of the literature. 1982 (Project completed as part of the requirements for Doctor of Medicine with Honors Degree).

4.   McGee E, Gowitt GT, Hombaker S, Strudwick J, De Caro M: Residents face off with the future. Prep for Practice 1984; 5:1-4.

5.   Gowitt GT, Chan WC, Brynes RK, Heffner LT: T-cell lymphoma following Hodgkin's disease. Cancer 1985; 56:1191-1196.

6.   Gowitt GT, Zaatari GS: Bronchial extramedullary hematopoiesis preceding chronic myelogenous leukemia. Human Pathol 1985; 16:1069-1071.

7.   Gowitt GT, Mirra SS: Malignant carcinoid involving the spinal cord dura: A pathologic study and review of the world's literature. Neurosurgery 1985; 801-806.

8.   Check IJ, Gowitt GT, Staton GW: Bronchoalveolar lavage cell differential counts in the diagnosis of sarcoid interstitial lung disease: Likelihood ratios based on a computerized database. Am J Clin Pathol 1985; 85:744-747.

9.    Gowitt GT, Hanzlick RL: Suicide in Fulton County, Georgia (1975-1984): Demographic and trend analysis of 881 cases with special reference to teenagers, young adults and the elderly. J Forensic Sci 1986; 31:1029-1038.

10.   Hanzlick RL, Gowitt GT, Wall W: Deaths sue to caffeine in "look-alike drugs". J. Analytical Toxicol 1986; 10:126

11.   Gowitt GT: Application to forensic pathology training programs. Pathologist 1986; 40:27-30.

12.   Gowitt GT, Zaki SA: Rupture of a cardiac diverticulum resulting in sudden death. Am J. Forensic Pathol 1988; 9:155-158.

13.   Doss PL, Gowitt GT: Investigation of a death caused by rectal insertion of cocaine. Am J. Forensic Pathol 1988; 9:336-338.

14.   Hanzlick RL, Gowitt GT; Cocaine Metabolite Detection in Homicide Victims. JAMA. 1991; 265-760-761

15.   Gowitt GT, Hanzlick RL: Atypical Autoerotic Deaths. Am J. Forensic Pathol 1992; 13:115-119.


B.   Abstracts:

1.    Gowitt GT: Guidelines to the Physician for Writing Standing Orders for Physicians' Assistant and Nurse Practitioners. Presented at the North Carolina Academy of Physicians' Assistants annual meeting.  August 5, 1977.

2.    Gowitt GT, Hanzlick RL: Suicide in Fulton County, Georgia (1975-1984): Demographic and trend analysis of 881 cases with special reference to teenagers, young adults and elderly. American Academy of Forensic Sciences. New Orleans, LA, February, 1986.

3.    Gowitt GT: Rupture of a cardiac diverticulum resulting in sudden death. Southern Association of Forensic Scientists, spring meeting. Baton Rouge, LA, April 4, 1987.

4.    Gowitt GT, Hanzlick RL: Atypical Autoerotic Deaths. National Association of Medical Examiners. Sanibel, Florida 1989.

5.    Gowitt GT, Hanzlick RL: The Ladies in the Lake. American Academy of Forensic Sciences. Boston, Mass., 1993 (Last Word Society).

6.      Gowitt GT: The Role of the Medical Examiner in Organ/Tissue Procurement. National Association of Medical Examiners. Charleston, SC, 1994.

## CONTINUING MEDICAL EDUCATION:

American Academy of Forensic Sciences Annual Meeting. Atlanta, Georgia. February 20-24, 2012.

11th International conference on Shaken Baby Syndrome. Atlanta, Georgia. September 10—12, 2010.

Practical Reviews in Pathology (monthly continuing medical education audio cassette tapes) 2009-present.

National Association of Medical Examiner's Annual Meeting. Savannah, Georgia – October 12-27, 2007.

American Academy of Forensic Sciences Annual Meeting. Atlanta, Georgia. February 11-16, 2002.

American Society of Internal Medicine Annual Meeting. Atlanta, Georgia. March 30, 2001.

Practical Reviews in Forensic Medicine and Sciences (monthly continuing medical education audio cassette tapes) 1998-2009.

New England Journal of Medicine self assessment program 1997-1998.

American Society of Clinical Pathologists Check Sample Program 1997-2000.

National Conference on Shaken Baby Syndrome. Salt Lake City, Utah, November 10-12, 1996

National Association of Medical Examiner's Annual Meeting. Traverse City, MI September 13-17, 1996.

American Society of Clinical Pathologists. Fall Meeting. New Orleans, LA. September 16-21, 1995.

National Association of Medical Examiner's Annual Meeting. Charleston, SC. September 23-26, 1994.

American Academy of Forensic Sciences Annual Meeting. Boston, MA. February 15-20,1993

Interpretation of Bloodstain Evidence. Corning, NY. November 16-20, 1992.

American Academy of Forensic Sciences Annual Meeting. Las Vegas, NV. February 17-20, 1991.

American Academy of Forensic Sciences Annual Meeting. Cincinnati, OH. February 19-23, 1990.

April – 2016

# Forensic Medicine Associates, Inc.
### Consultants to the Medical and Legal Professions

Gerald T. Gowitt, M.D. (CEO)
Geoffrey P. Smith, M.D.
Angela S. Allison, Exec. Sec.

Office Address
3550 Kensington Road
Decatur, Georgia 30032
fmavlg@aol.com

Telephone
(404) 508-3507
Facsimile:
(404) 508-3509

Mailing Address
2095 Highway 211, N.W.
Suite 2F-274
Braselton, Georgia 30517

**March 2016**

## FEE SCHEDULE:

1. **Case Reviews:**

   **$500.00 per hour.  Billed by the hour; retainer may be required**

2. **Meetings & Conferences:**

   **$400.00 per hour (one hour minimum, not pro-rated)**

3. **Depositions:**

   **$600.00 per hour (one hour minimum, not pro-rated).**

   **For each hour after the first, pro-rated on the half-hour.**

   **Payment may be required at the end of the deposition (if so, be sure to bring a blank check that can be filled out at that time; do not fill in a pre-determined amount).**

   **Split payments between multiple attorneys are not acceptable.  The lead attorney is responsible for the entire deposition fee.**

4. **Video Depositions & Statements Under Oath:**

   **Billed at the same rate as depositions.**

5. **Court Testimony:**

   A. **Metropolitan Atlanta -- $3,000.00**

   B. **Outside of Metropolitan Atlanta but in Georgia -- $5,000.00 per day plus expenses**

   C. **Out of state -- $7,500 per day plus expenses**