# EXHIBIT

# 30

Valid Without ched Page

Page 1

# ALABAMA
### Center for Health Statistics

# ALABAMA
## CERTIFICATE OF DEATH

13-2165

State File Number **101**

County File Number — 13 / 12 / 0

| | | |
|---|---|---|
| 1. DECEASED—NAME  First: Khari  Middle: Neville  Last: Illidge | 2. DATE OF DEATH: March 24, 2013 | 3. COUNTY OF DEATH: Russell |
| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE: Phenix City 36867 | 5. INSIDE CITY LIMITS: Yes | 6. PLACE OF DEATH: Jack Hughston Hospital |
| 7. IF HOSPITAL: (blank) | 8. OF HISPANIC ORIGIN: NO | 9. RACE: Black | 10. SEX: Male |
| 11. AGE: 25 YRS | 13. DATE OF BIRTH: 1988 | 14. DECEASED'S SOCIAL SECURITY NUMBER: ...9485 |
| 15. EDUCATION: Elementary/High School: 12  College: 0 | 16. MARITAL STATUS: Never Married | 17. SURVIVING SPOUSE: None |
| 19. STATE OF BIRTH: GA | 20. RESIDENCE—STATE: GA | 21. COUNTY: Muscogee | 22. CITY: Columbus |
| 23. INSIDE CITY LIMITS: Yes | 24. STREET AND NUMBER: 5410 Spencer LN | 25. INFORMANT: Gladys Lyles |
| 26. USUAL OCCUPATION: Server | 27. KIND OF BUSINESS OR INDUSTRY: Restaurant |
| 28. FATHER—NAME: Neville Illidge | 29. MAIDEN NAME OF MOTHER: Gladis Lyles |
| 30. DISPOSITION OF BODY: Burial | 31. DATE OF DISPOSITION: 4-1-2013 | 32. CEMETERY: Green Acres Cemetery | 33. LOCATION: Columbus, GA |
| 34. FUNERAL HOME: International F.H, 927-5th Ave. Columbus, GA 31901 | 35. FUNERAL DIRECTOR—Signature: Charles E. Huff Jr. | 36. DATE SIGNED: 3-28- |

37. ☐ Certifying Physician  ☐ Medical Examiner  ☑ Coroner
Signature: Bill [Harris]

38. DATE SIGNED: 6/2/2013

39. TIME AND DATE OF DEATH: (blank)
40. DATE AND TIME PRONOUNCED DEAD: 3/24/2013 2058
41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH: Bill Harris - Coro[ner]
42. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: PO Box 2770 Opelika, AL 36803
43. CERTIFIER LICENSE NUMBER: (blank)

44. REGISTRAR—Signature: Adriane Lawrence
45. DATE FILED: June 17,

## MEDICAL CERTIFICATION

46. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. LIST ONLY ONE CAUSE ON EACH LINE.

IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. [illegible]
DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST.
b. ~~Revised Medical Certification Attached~~
c.
d.

47. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

48. WAS THERE A PRE 42 DAYS (Specify

49. MANNER OF DEATH: (blank)  50. AUTOPSY: (blank)  51. If yes, were findings considered in determinin

# ALABAMA
### Center for Health Statistics

Amendment No. **040314**

## ALABAMA
## Supplemental Medical Certification

This Supplemental Medical Certification replaces any Medical Certification shown on previous pages for the record identified below.

**INFORMATION FROM ORIGINAL RECORD:**

Certificate No. **2013-21655**

Name  Khari N. ILLIDGE

Date of Death  March 24, 2013

County of Death  Russell

File Date  June 17, 2013

### MEDICAL CERTIFICATION

| | | |
|---|---|---|
| 41. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. USE ONLY ONE CAUSE ON EACH LINE. | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → Sudden Cardiac Death | | Unknown |
| DUE TO (OR AS A CONSEQUENCE OF): Probable Fatal Arrythmia | | Unknown |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. DUE TO (OR AS A CONSEQUENCE OF): No Obvious Anatomic Cause of Death | | |
| DUE TO (OR AS A CONSEQUENCE OF): | | |
| 47. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | | 48. WAS THERE A PREGNANCY IN LAST 42 DAYS (Specify Yes, No, or Unk) |
| 49. MANNER OF DEATH (Specify — Accident, Homicide, Suicide, Undetermined Circumstances, Pending Investigation, Natural Cause) Undetermined | 50. AUTOPSY (Specify Yes or No) Yes | 51. If yes, were findings considered in determining cause of death? (Specify Yes or No) Yes |
| 52. HOW INJURY OCCURRED (Enter nature of injury in Item 46, Part I or Item 47, Part II) | 53. DATE OF INJURY (Month, Day, Year) | 54. HOUR OF INJURY  M. |
| 55. INJURY AT WORK (Specify Yes or No)   56. PLACE OF INJURY — (Specify at home, farm, street, factory, office building, etc.) | 57. LOCATION OF INJURY (Street or R.F.D. No., City or Town, State) | |

_signature_  10/10/2013

Signature of Certifier     Date Signed

Oct 15 2013-KS

---

The above Medical Certification as provided by the certifier is hereby made a part of the record concerned. Done this **25th** day of **October**, **2013**.

By  Kimberly Smith
               Recording Clerk

ADPH-HS-91/Rev. 3-03