IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLADIS CALLWOOD, as Administratrix of the Estate of KHARI NEVILLE ILLIDGE, )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>PHENIX CITY, ALABAMA, a municipal corporation; JAY JONES, individually; CHARLES W. JENKINS, JR, individually; STEVEN M. MILLS, individually; RAY SMITH, individually; JOEY WILLIAMS, individually; DAVID BUTLER, individually; SHAWN SHEELY, individually; and RAYMOND J. SMITH, individually, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Civil Action No. 2:15CV182-WHA<br><br>(wo) |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date, and Orders previously entered in this case (Doc. ##36, 123), Final Judgment is entered as to Defendants David Butler, Phenix City, Shawn Sheely, Raymond J. Smith, Joey Williams, Charles W. Jenkins Jr., Jay Jones, Steven M. Mills, and Ray Smith, and against the Plaintiff on the Plaintiff's federal claims.

Pursuant to 28 U.S.C. §1367(c), the court declines to exercise supplemental jurisdiction over the Plaintiff's state law claims.

Done this 10th day of November, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE