# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 21, 2018

Debra P. Hackett
U.S. District Court
PO BOX 711
MONTGOMERY, AL 36101-0711

Appeal Number: 16-17454-CC
Case Style: Gladis Callwood v. Jay Jones, et al
District Court Docket No: 2:15-cv-00182-WHA-WC

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 16-17454
_____

District Court Docket No.
2:15-cv-00182-WHA-WC

GLADIS CALLWOOD,
Administratrix of the estate of Khari
Neville Illidge,

                          Plaintiff - Appellant,

versus

JAY JONES,
CHARLES H. JENKINS, JR.,
individually and in his official capacity as
Lee County Deputy Sheriff,
STEVEN M. MILLS,
individually and in his official capacity as
Lee County Deputy Sheriff,
RAY SMITH,
individually and in his official capacity as
Lee County Deputy Sheriff,
PHENIX CITY, ALABAMA,
a municipal corporation, et al.,

                          Defendants - Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 20, 2018
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE 03/21/2018**